# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE A. KLINGENSMITH, individually and on behalf of all others similarly situated, | Civil Action No. 07-1065 |
| | CLASS ACTION |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| BP PRODUCTS NORTH AMERICA, INC., and DOES 1 through 10, inclusive, | Electronically Filed |
| Defendants. | |

## STIPULATION AND ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff, Melanie A. Klingensmith, and defendant, BP Products North America, Inc. ("BP"), by and through their undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

1. Pursuant to the Stipulation Accepting Service And Extending Time To Respond To Complaint filed on October 5, 2007, BP accepted service on September 26, 2007, and the time within which BP may answer, move, or otherwise respond to plaintiff's Complaint was extended to and including November 15, 2007.

2. Counsel for the parties are presently discussing whether to seek amicable resolution of the claims at issue through mediation. The parties are seriously considering entering into mediation but will be unable to reach a final decision before November 15, 2007, when BP's response to the Complaint is due.

3. Accordingly, the parties jointly seek a 30-day extension, to and including December 17, 2007, for BP to answer, move, or otherwise respond to the Complaint.

DMEAST #9912986 v1

4. If the parties agree to engage in mediation, they shall inform the Court promptly and will likely seek a stay of proceedings in this matter until the resolution of the mediation process.

## AGREEMENT

1. It is hereby STIPULATED AND AGREED, subject to the approval of the Court, that defendant, BP shall have until December 17, 2007 to answer, move, or otherwise respond to the Complaint.

2. If the parties agree to engage in mediation, they shall inform the Court promptly.

/s/ R. Bruce Carlson
R. Bruce Carlson
bcarlson@carlsonlynch.com
Gary F. Lynch
glynch@carlsonlynch.com
Stephanie K. Goldin
sgoldin@carlsonlynch.com
CARLSON LYNCH, LTD.
231 Melville Lane
P. O. Box 367
Sewickley, PA 15143
T: (412) 749-1677
F: (412) 749-1686

Attorneys for Plaintiff

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr.
bryce@ballardspahr.com
Darryl J. May
may@ballardspahr.com
Alan S. Kaplinsky
kaplinsky@ballardspahr.com
Paul Lantieri III
lantierip@ballardspahr.com
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8103
F: (215) 864-8999

Attorneys for Defendant
BP Products North America, Inc.

BY THE COURT:

Gary L. Lancaster
United States District Judge

DATE: 11-9-07