IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELANIE A. KLINGENSMITH, ETC., )
    Plaintiff, )
) Civil Action No. 07-1065
  v. )
)
BP PRODUCTS NORTH AMERICA, INC., )
ET AL., )
    Defendants. )

ORDER

AND NOW, this 30th day of November, 2007, upon consideration of plaintiff's motion for extension of time to file motion for class certification [document #14], and the parties' stipulation for extension of time [document #15], IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. The parties shall proceed to mediation, as set forth in their stipulation for extension of time. In the event that the instant matter is not resolved through mediation, defendant shall have until February 28, 2008 to answer, move, or otherwise respond to plaintiff's complaint;

2. The parties shall inform the Court promptly of the results of the mediation process. In the event that the instant matter is not resolved through mediation, Initial Rule 16 Scheduling Conference shall be held on Friday, April 4, 2008 at 11:30 a.m..

3. Plaintiff is excused from the filing of any motion for class certification until a deadline is established at the Initial Rule 16 Scheduling Conference.

                      BY THE COURT:

                      s/Gary L. Lancaster
                      Gary L. Lancaster,
                      United States District Judge

cc: All Counsel of Record