IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELANIE A. KLINGENSMITH, ETC., )
     Plaintiff, )
                                              )Civil Action No. 07-1065
  v. )
                                              )
BP PRODUCTS NORTH AMERICA, INC., )
ET AL., )
     Defendants. )

## ORDER

AND NOW, this 22nd day of February, 2008, upon consideration of the parties' stipulation for extension of time [document #17], IT IS HEREBY ORDERED that the stipulation is GRANTED and the Court's order of November 30, 2007 is amended as follows:

1. The parties shall proceed to mediation, as set forth in their stipulation for extension of time. In the event that the instant matter is not resolved through mediation, defendant shall have until April 8, 2008 to answer, move, or otherwise respond to plaintiff's complaint;

2. The parties shall inform the Court promptly of the results of the mediation process. In the event that the instant matter is not resolved through mediation, Initial Rule 16 Scheduling Conference shall be held on Friday, May 2, 2008 at 11:30 a.m..

                                                                      BY THE COURT:

                                                                      s/Gary L. Lancaster
                                                                      Gary L. Lancaster,
                                                                      United States District Judge

cc: All Counsel of Record