# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE A. KLINGENSMITH, individually and on behalf of all others similarly situated, | Civil Action No. 07-1065 |
| | CLASS ACTION |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| BP PRODUCTS NORTH AMERICA, INC., and DOES 1 through 10, inclusive, | Electronically Filed |
| Defendants. | |

## STIPULATION AND ORDER HOLDING PROCEEDINGS IN ABEYANCE PENDING DOCUMENTATION AND SUBMISSION TO COURT OF TENTATIVE SETTLEMENT

Plaintiff, Melanie A. Klingensmith, and defendant, BP Products North America, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

### RECITALS

1. The parties conducted a mediation in Pittsburgh on March 25, 2008, and after further negotiations under the auspices of the mediator, have reached a tentative settlement.

2. The tentative settlement remains subject to documentation and Court approval.

3. Accordingly, the parties jointly request that all further proceedings in this action be held in abeyance for 45 days or until such time as the proposed settlement is submitted to the Court for approval.

## AGREEMENT

1.    It is hereby STIPULATED AND AGREED, subject to the approval of the Court, that all further proceedings in this action shall be held in abeyance for 45 days or until such time as the proposed settlement is submitted to the Court for approval.

| | |
|---|---|
| /s/ R. Bruce Carlson | /s/ Martin C. Bryce, Jr. |
| R. Bruce Carlson | Martin C. Bryce, Jr. |
| bcarlson@carlsonlynch.com | bryce@ballardspahr.com |
| Gary F. Lynch | Darryl J. May |
| glynch@carlsonlynch.com | may@ballardspahr.com |
| Stephanie K. Goldin | Alan S. Kaplinsky |
| sgoldin@carlsonlynch.com | kaplinsky@ballardspahr.com |
| CARLSON LYNCH, LTD. | Paul Lantieri III |
| 231 Melville Lane | lantierip@ballardspahr.com |
| P. O. Box 367 | BALLARD SPAHR ANDREWS & |
| Sewickley, PA 15143 | INGERSOLL, LLP |
| T: (412) 749-1677 | 1735 Market Street, 51st Floor |
| F: (412) 749-1686 | Philadelphia, PA 19103 |
| | T: (215) 864-8103 |
| Attorneys for Plaintiff | F: (215) 864-8999 |
| | |
| | Attorneys for Defendant |
| | BP Products North America, Inc. |

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge

Dated: April 16, 2008

2